UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DARRYL SHEARS,<br><br>　　　　　Defendant. | CASE NO.  C10-0561JLR<br>　　　　　　　CR08-0307JLR<br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY |

　　This matter comes before the court for the limited purpose of granting or denying a certificate of appealability under 28 U.S.C. § 2253(c).  Mr. Shears seeks to appeal the court's July 26, 2010 order denying his 28 U.S.C. § 2255 motion.  For the reasons stated below, the court DENIES Mr. Shears a certificate of appealability.

　　Among substantial changes to federal habeas corpus procedure in the Antiterrorism and Effective Death Penalty Act of 1996 is a rule that an appellant can appeal the denial of a 28 U.S.C. § 2255 motion only after obtaining a "certificate of appealability."  28 U.S.C. § 2253(c).  Although the statute is ambiguous, the Ninth

ORDER- 1

1 Circuit has held that a United States District Court may issue a certificate of
2 appealability. *United States v. Mahoney,* 433 F.3d 1107, 1111 (9th Cir. 2006) (it is well
3 settled that district judges as well as circuit judges may issue certificates of appealability
4 under 28 U.S.C. § 2253(c)(1)); *United States v. Asrar,* 116 F.3d 1268, 1269 (9th Cir.
5 1997). A court may issue a certificate of appealability only if the "applicant has made a
6 substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The
7 Supreme Court has elaborated that a petitioner must show that "reasonable jurists could
8 debate whether . . . the petition should have been resolved in a different manner or that
9 the issues presented were adequate to deserve encouragement to proceed further." *Slack*
10 *v. McDaniel,* 529 U.S. 473, 484 (2000) (quotations omitted).

   Here, Mr. Shears has not made a substantial showing of the denial of a constitutional right. The court therefore declines to grant a certificate of appealability to Mr. Shears.

   Dated this 8th day of October, 2010.

JAMES L. ROBART
United States District Judge

ORDER- 2